IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANNON MONET STEEL,

Defendant.

Case No. 26-cv-13440
Hon. Susan K. DeClercq

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF A TEMPORARY RESTRAINING ORDER**

I, Mackenzie Killian, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of the Government's Emergency *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause.

2. I am Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since May of 2024. In addition to new agent training at the FBI Academy, I have been a Certified Public Accountant since January 2018, have approximately nine years of financial experience, and have attended conferences and seminars on investigating financial crimes. My duties involve the investigation of complex financial crimes including theft and embezzlement, mail

fraud, wire fraud, money laundering, and various other criminal matters. At all times during the investigation described in this affidavit, I have been acting in an official capacity as a Special Agent of the FBI. I am currently assigned to investigate complex financial crimes.

3. This affidavit is intended to provide sufficient evidence to obtain the injunctive relief requested in the Government's Emergency Motion, and does not set forth all of my knowledge about this matter. The information stated below is based upon my personal observations as well as information received from other special agents of the FBI, IRS, DSS, and other reliable sources.

4. This affidavit will not repeat the factual allegations regarding Steel's underlying wire fraud, money laundering, and ongoing dissipation of funds. I have already verified those facts in the underlying Verified Complaint. Rather, this affidavit will furnish the court with additional documentary proof regarding alleged key events.

**Victim Funds Moved In and Out of Attorney Accounts**

5. Federal investigation reveals that Steel has been directing her fraud victims to deposit their funds into an attorney IOLTA account. Attached are records of that account from November 2025 to February 2026. **Exhibit 1.**

6. Exhibit 1 shows deposits from Victims 1 and 8 on February 19-20, 2026, from Victims 3, 4, and 5 in November 18-28, 2025, and from Victims 6 and 7 on January 13, 2026.

7. In addition, Exhibit 1 shows victim funds being dissipated.

8. For example, Victim 1 wires $200,000 into the IOLTA account on February 19, 2026, when the prior balance existing balance was only $11,913.78. After a cash withdrawal, Victim 8 deposits $50,000 in three aggregate wires on February 20, 2026. Three days later, $100,000 of these victims' funds are used to pay back Victim 4 on February 23, 2026. Also on February 23rd, $150,000 of Victims 1 and 8's funds are transferred by wire to another attorney account (Escrow Agent 2). *Id*.

9. As another example, Exhibit 1 shows that Escrow Agent 1 wired $18,100 on November 18, 2025, to Steel's personal savings account at American Express, from the same PNC Bank account that received funds from Victims 1-8.

10. This pattern of conduct appears to be ongoing. In August 2026, Victim 8 told federal investigators that he received his returned $50,000 escrow funds in July 2026 from Escrow Agent 1's Bank of America account. This transaction would not appear on Exhibit 1, since Exhibit 1 is from Escrow Agent 1's PNC Bank account.

## Victim Funds Used to Pay Steel's Rent

11. Federal investigators have verified Steel's residence in Northville Township as of August 2026, and executed a search warrant there.

12. Federal investigators have also obtained records showing the source of rent payments for Steel's residence, which are attached. **Exhibit 2.**

13. As the Court can see, rent payments are made by the attorney accounts that received funds taken from Steel's victims. These include rent payments from Escrow Agent 1's PNC account from August 2025 to March 2026, Escrow Agent 2's First Horizon bank account in April 2026, then Escrow Agent 1's Bank of America account from May to August 2026.

## Victim Funds Used to Pay Steel's Credit Cards

14. Federal investigators have also obtained Steel's American Express credit card and personal savings account records. **Exhibit 3.**

15. Exhibit 3 shows, for example, a large incoming wire from Escrow Agent 1 of $18,100 on November 18, 2025, to Steel's personal savings account at American Express, from the same PNC Bank account that received funds from Victims 1-8. The related credit card statements show Steel using the victim funds to pay her credit card bills and using the credit cards for her personal expenses.

**Steel's Other Assets**

16. Steel also appears to lease a 2022 Maserati and own a 2013 Bentley. *See* **Exhibit 4.** Federal investigators have confirmed these facts by the attached records, and by observing Steel drive the Bentley (which is owned in the name of Steel's company Dominion Global LLC) and photographing the Maserati in Steel's Northville Township garage during the execution of a federal search warrant. *Id*.

17. I signed this affidavit on September 10, 2026, in the Eastern District of Michigan.

18. This investigation is ongoing.

Respectfully submitted,

Mackenzie Killian
Special Agent
Federal Bureau of Investigation