# Exhibit 1

# IOLTA Checking

PNC Bank

**For the period 11/01/2025 to 11/28/2025**

LAW OFFICES OF M[redacted] B[redacted]
IOLTA CLIENT TRUST FUND
[redacted]
[redacted]W 13 MILE RD
MADISON HEIGHTS MI 48071-1552

Primary account number: XX-XXXX-3452

Page 1 of 3 42

Number of enclosures: 0

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-BUS-BNKG (1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG (1-877-287-2654)

**Moving?** Please contact your local branch.

Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

**Effective January 1, 2026**, charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Treasury Management services, which may be subject to change, include but are not limited to Automated Clearing House (ACH), Cash Logistics, Pay Receive Sync, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Real Time Payments, Remote Deposit, Wire Transfer services.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## IMPORTANT ACCOUNT INFORMATION

Changes to the Treasury Management Services Agreement ("Services Agreement") will be **effective February 1, 2026.** The updated Services Agreement ("Version October 2025") is now available and contains the Terms and Conditions for most Treasury Management services. Please visit PNC's secure website at pnc.com/tmdocuments to view, download, and print the updated "SMB" Services Agreement for your records.

By continuing to use your accounts and Treasury Management services after the effective date, you agree to be bound by the updated Terms and Conditions. If you have any questions or wish to discontinue your services, please contact your Treasury Management Officer.

## IMPORTANT ACCOUNT INFORMATION

The information below updates our Virtual Wallet Fine Print, our Account Agreement for Personal Checking, Savings and Money Market Accounts, and our Account Agreement for Business Accounts ("Agreements"). All other information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

In determining whether you have sufficient funds in your Account to pay checks and other withdrawal items, we will consider both of the following: (1) the deposits and withdrawals posted that day to your Account, and (2) pending electronic transactions (including, but not limited to, point of sale transactions) for which PNC has received notice, even if those transactions have not yet posted to your Account.

# IOLTA Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

**For the period 11/01/2025 to 11/28/2025**
LAW OFFICES OF M[redacted]B[redacted]
Primary account number: XX-XXXX-3452


## IOLTA Checking Summary

Account number: XX-XXXX-3452
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

LAW OFFICES OF M[redacted]B[redacted]
IOLTA CLIENT TRUST FUND

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| **628,030.15** | **980,523.05** | **738,153.05** | **870,400.15** |
| | | Average ledger balance | Average collected balance |
| | | 349,661.22 | 349,661.22 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.97% | 28 | 349,661.22 | 523.05 | 0.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 7 | 980,523.05 |
| **Total** | **7** | **980,523.05** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 17 | 738,153.05 |
| **Total** | **17** | **738,153.05** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | 628,030.15 | 11/18 | 423,930.15 | 11/25 | 623,930.15 |
| 11/03 | 118,130.15 | 11/19 | 263,930.15 | 11/26 | 773,930.15 |
| 11/06 | 116,530.15 | 11/20 | 613,930.15 | 11/28 | 870,400.15 |
| 11/10 | 110,530.15 | 11/24 | 643,930.15 | | |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/18 | 350,000.00 | Domestic Incoming Wire 25Bil1120Qh00Nsv | W25BIL1120QH00NSV |
| 11/20 | 350,000.00 | Domestic Incoming Wire 25Bkl1448It00Vfg | W25BKL1448IT00VFG |
| 11/24 | 30,000.00 | Domestic Incoming Wire 25Boi0210B457T2N | W25BOI0210B457T2N |
| 11/26 | 75,000.00 | Domestic Incoming Wire 25Bqh27382761Gib | W25BQH27382761GIB |
| 11/26 | 75,000.00 | Domestic Incoming Wire 25Bqi2531Cy676Ru | W25BQI2531CY676RU |
| 11/28 | 100,000.00 | Domestic Incoming Wire 25Bsd1914En61Mlg | W25BSD1914EN61MLG |
| 11/28 | 523.05 | Interest Payment | I-GEN125112800043745 |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/03 | 3,000.00 | Withdrawal | 001397015 |

Other Deductions continued on next page

# IOLTA Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

**For the period 11/01/2025 to 11/28/2025**
LAW OFFICES OF MATTHEW BRODERICK
Primary account number: XX-XXXX-3452

IOLTA Checking Account number: XX-XXXX-3452 - continued



**Other Deductions** - *continued*

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 11/03 | 3,900.00 | Domestic Assist Wire | [redacted] (Steel's Landlord) | W25B3H4521D616L39 |
| 11/03 | 1,000.00 | Domestic Assist Wire | Shannon Monet Steel | W25B3H5126A9Z8068 |
| 11/03 | 2,000.00 | Domestic Assist Wire | [redacted] | W25B3H57301R00ATC |
| 11/03 | 250,000.00 | Domestic Assist Wire | [redacted] | W25B3H33458FZ43MF |
| 11/03 | 250,000.00 | Domestic Assist Wire | [redacted] | W25B3H3920CN03VG9 |
| 11/06 | 1,600.00 | Withdrawal | | 004754153 |
| 11/10 | 5,000.00 | Withdrawal | | 003449688 |
| 11/10 | 1,000.00 | Withdrawal | | 003243678 |
| 11/18 | 13,500.00 | Withdrawal | | 007734513 |
| 11/18 | 5,000.00 | Domestic Assist Wire | Shannon Monet Steel | W25BIK34132K013MY |
| 11/18 | 18,100.00 | Domestic Assist Wire | Shannon Steel | W25BIK38427W03F9J |
| 11/19 | 160,000.00 | Domestic Assist Wire | [redacted] | W25BJG4351NCZ2A2O |
| 11/25 | 10,000.00 | Withdrawal | | 001192744 |
| 11/25 | 10,000.00 | Domestic Assist Wire | [redacted] | W25BPK11589B50UOJ |
| 11/28 | 3,530.00 | Withdrawal | | 003067476 |
| 11/28 | 523.05 | State Interest Remittance Debit | | I-GEN125112800043746 |

# IOLTA Checking

PNC Bank

**For the period 11/29/2025 to 12/31/2025**

LAW OFFICES OF M[redacted] B[redacted]
IOLTA CLIENT TRUST FUND
[redacted]
[redacted] W 13 MILE RD
MADISON HEIGHTS MI 48071-1552

Primary account number: XX-XXXX-3452

Page 1 of 3 42

Number of enclosures: 0

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-BUS-BNKG (1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG (1-877-287-2654)

**Moving?** Please contact your local branch.

Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

**Effective January 1, 2026**, charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Treasury Management services, which may be subject to change, include but are not limited to Automated Clearing House (ACH), Cash Logistics, Pay Receive Sync, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Real Time Payments, Remote Deposit, Wire Transfer services.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## IMPORTANT ACCOUNT INFORMATION

Changes to the Treasury Management Services Agreement ("Services Agreement") will be **effective February 1, 2026.** The updated Services Agreement ("Version October 2025") is now available and contains the Terms and Conditions for most Treasury Management services. Please visit PNC's secure website at pnc.com/tmdocuments to view, download, and print the updated "SMB" Services Agreement for your records.

By continuing to use your accounts and Treasury Management services after the effective date, you agree to be bound by the updated Terms and Conditions. If you have any questions or wish to discontinue your services, please contact your Treasury Management Officer.

## IMPORTANT ACCOUNT INFORMATION

The information below updates our Virtual Wallet Fine Print, our Account Agreement for Personal Checking, Savings and Money Market Accounts, and our Account Agreement for Business Accounts ("Agreements"). All other information in our Agreements continues to apply to your account. Please read this information and retain it with your records.

In determining whether you have sufficient funds in your Account to pay checks and other withdrawal items, we will consider both of the following: (1) the deposits and withdrawals posted that day to your Account, and (2) pending electronic transactions (including, but not limited to, point of sale transactions) for which PNC has received notice, even if those transactions have not yet posted to your Account.

# IOLTA Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

**For the period 11/29/2025 to 12/31/2025**
LAW OFFICES OF M[redacted] B[redacted]
Primary account number: XX-XXXX-3452


## IOLTA Checking Summary

LAW OFFICES OF M[redacted] B[redacted]
IOLTA CLIENT TRUST FUND

Account number: XX-XXXX-3452
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| **870,400.15** | **159,505.10** | **210,104.81** | **819,800.44** |
| | | Average ledger balance | Average collected balance |
| | | 779,241.40 | 779,241.40 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.97% | 33 | 779,241.40 | 1,373.81 | 0.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,438.00 |
| ACH Additions | 1 | 8,031.02 |
| Other Additions | 4 | 149,036.08 |
| **Total** | **6** | **159,505.10** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 15 | 210,104.81 |
| **Total** | **15** | **210,104.81** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/29 | 870,400.15 | 12/10 | 703,181.17 | 12/23 | 834,800.44 |
| 12/01 | 816,500.15 | 12/11 | 713,181.17 | 12/29 | 829,800.44 |
| 12/04 | 715,250.15 | 12/12 | 706,931.17 | 12/30 | 819,800.44 |
| 12/08 | 710,250.15 | 12/17 | 804,842.44 | 12/31 | 819,800.44 |
| 12/09 | 695,150.15 | 12/22 | 804,830.44 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/22 | 2,438.00 | Deposit | 004898857 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/10 | 8,031.02 | ACH Credit Tcs Treas 449 XXXXXXXXXXX1849 | 00025339906985108 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/11 | 10,000.00 | Domestic Incoming Wire 25Cbe47430Kj1Wel | W25CBE47430KJ1WEL |
| 12/17 | 107,692.27 | Domestic Incoming Wire 25Chg1649N2P6Ybk | W25CHG1649N2P6YBK |

Other Additions continued on next page

# IOLTA Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 11/29/2025 to 12/31/2025**
LAW OFFICES OF M[redacted]B[redacted]
Primary account number: XX-XXXX-3452

IOLTA Checking Account number: XX-XXXX-3452 - continued



## Other Additions - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/23 | 29,970.00 | Returned Wire 25Cnd01138Dp742D | W25CND01138DP742D |
| 12/31 | 1,373.81 | Interest Payment | I-GEN125123100043840 |

## Checks and Other Deductions

### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/01 | 3,900.00 | Domestic Assist Wire | (Steel's Landlord) | W25C1L0447HR67KVB |
| 12/01 | 50,000.00 | Domestic Assist Wire | [redacted] | W25C1L1055AK67XXD |
| 12/04 | 2,000.00 | Withdrawal | | 004789737 |
| 12/04 | 99,250.00 | Domestic Assist Wire | [redacted] | W25C4J5749BF7438S |
| 12/08 | 5,000.00 | Withdrawal | | 003427705 |
| 12/09 | 3,800.00 | Domestic Assist Wire | Shannon Monet Steel | W25C9G3809M1J3ZMS |
| 12/09 | 3,800.00 | Domestic Assist Wire | Shannon Steel | W25C9G4231RNH2DN0 |
| 12/09 | 7,500.00 | Domestic Assist Wire | [redacted] | W25C9G48214MJ1YYT |
| 12/12 | 6,250.00 | Withdrawal | | 004477445 |
| 12/17 | 9,781.00 | Withdrawal | | 001196087 |
| 12/22 | 2,450.00 | Withdrawal | | 004898855 |
| 12/29 | 5,000.00 | Withdrawal | | 001561432 |
| 12/30 | 3,900.00 | Domestic Assist Wire | (Steel's Landlord) | W25CUH39057BP36QL |
| 12/30 | 6,100.00 | Domestic Assist Wire | Shannon Monet Steel | W25CUH47310MN1EUT |
| 12/31 | 1,373.81 | State Interest Remittance Debit | | I-GEN125123100043841 |

# IOLTA Checking
PNC Bank

**For the period 01/01/2026 to 01/30/2026**

Primary account number: XX-XXXX-3452
Page 1 of 2 42
Number of enclosures: 0

LAW OFFICES OF M[redacted] B[redacted]
IOLTA CLIENT TRUST FUND
[redacted]
[redacted] W 13 MILE RD
MADISON HEIGHTS MI 48071-1552

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-BUS-BNKG (1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG (1-877-287-2654)

**Moving?** Please contact your local branch.
Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

## IOLTA Checking Summary

LAW OFFICES OF M[redacted]B[redacted]
IOLTA CLIENT TRUST FUND

Account number: XX-XXXX-3452
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| **819,800.44** | **316,199.27** | **724,827.93** | **411,171.78** |
| | | Average ledger balance | Average collected balance |
| | | 598,768.44 | 598,768.44 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.97% | 30 | 598,768.44 | 959.66 | 0.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 3 | 316,199.27 |
| **Total** | **3** | **316,199.27** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 18 | 724,827.93 |
| **Total** | **18** | **724,827.93** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 819,800.44 | 01/09 | 760,925.83 | 01/21 | 416,171.78 |
| 01/06 | 784,300.44 | 01/13 | 742,706.39 | 01/27 | 411,171.78 |
| 01/07 | 768,925.83 | 01/16 | 425,671.78 | 01/30 | 411,171.78 |

# IOLTA Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

IOLTA Checking Account number: XX-XXXX-3452 - continued

**For the period 01/01/2026 to 01/30/2026**
LAW OFFICES OF M[redacted] B[redacted]
Primary account number: XX-XXXX-3452


## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/13 | 300,000.00 | Domestic Incoming Wire 261Dh2300Bf23CC0 | W261DH2300BF23CC0 |
| 01/13 | 15,239.61 | Returned Wire 261Dl3434Ff23Iky | W261DL3434FF23IKY |
| 01/30 | 959.66 | Interest Payment | I-GEN126013000042909 |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/06 | 7,500.00 | Domestic Assist Wire | Shannon Monet Steel | W2616H4654CYN08E4 |
| 01/06 | 28,000.00 | Domestic Assist Wire | [redacted] | W2616H40181PO1718 |
| 01/07 | 15,374.61 | Withdrawal | | 003866641 |
| 01/09 | 8,000.00 | Withdrawal | | 002022607 |
| 01/13 | 5,000.00 | Withdrawal | | 004129801 |
| 01/13 | 30,669.22 | Domestic Assist Wire | [redacted] | W261DL0822GS42FMN |
| 01/13 | 30,669.22 | Domestic Assist Wire | [redacted] | W261DL16363E42FDE |
| 01/13 | 15,284.61 | Domestic Assist Wire | [redacted] | W261DL2304FP356YW |
| 01/13 | 176,000.00 | Domestic Assist Wire | [redacted] | W261DK48801X455OD |
| 01/13 | 75,836.00 | Domestic Assist Wire | [redacted] | W261DL00093F230S3 |
| 01/16 | 2,500.00 | Withdrawal | | 002908039 |
| 01/16 | 15,284.61 | Domestic Assist Wire | [redacted] | W261GH4954HC42KCI |
| 01/16 | 299,250.00 | Domestic Assist Wire | L[redacted] & L[redacted] Ll | W261GH5846Q9466YY |
| 01/21 | 2,000.00 | Withdrawal | | 002004461 |
| 01/21 | 3,900.00 | Domestic Assist Wire | (Steel's Landlord) [redacted] | W261LK51059F22IIR |
| 01/21 | 3,600.00 | Domestic Assist Wire | Shannon Monet Steel | W261LK58320842V86 |
| 01/27 | 5,000.00 | Withdrawal | | 002194774 |
| 01/30 | 959.66 | State Interest Remittance Debit | | I-GEN126013000042910 |

# IOLTA Checking
PNC Bank

**For the period 01/31/2026 to 02/27/2026**

LAW OFFICES OF M[redacted] B[redacted]
IOLTA CLIENT TRUST FUND
[redacted]
[redacted] W 13 MILE RD
MADISON HEIGHTS MI 48071-1552

Primary account number: XX-XXXX-3452
 42
Number of enclosures: 0

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-BUS-BNKG (1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG (1-877-287-2654)

**Moving?** Please contact your local branch.
Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

**Effective April 1, 2026**, charges for Pay Receive Sync will change. The impact of these fee changes will depend on the mix of Pay Receive Sync services you use at PNC. Current service charges are listed on your monthly statement, if applicable. Depending on your account type, some fees may be billed one month in arrears.

The updated fees are as follows:

**>Pay:** Increasing from **$20.00** to **$25.00**
**>Receive:** Increasing from **$20.00** to **$25.00**
**>Sync:** Increasing from **$10.00** to **$15.00**

We would be happy to review the changes that are applicable to your account and discuss other options that may address the evolving needs of your business. If you are interested in a review of your account or service fees, please contact your relationship manager.

## IOLTA Checking Summary

LAW OFFICES OF M[redacted] B[redacted]
IOLTA CLIENT TRUST FUND

Account number: XX-XXXX-3452
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 411,171.78 | 347,221.28 | 750,379.28 | 8,013.78 |
| | | Average ledger balance | Average collected balance |
| | | 147,927.13 | 147,927.13 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.97% | 28 | 147,927.13 | 221.28 | 0.00 |

# IOLTA Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

**For the period 01/31/2026 to 02/27/2026**
LAW OFFICES OF M[redacted]B[redacted]
Primary account number: XX-XXXX-3452

IOLTA Checking Account number: XX-XXXX-3452 - continued



**Deposits and Other Additions**

| Description | Items | Amount |
|---|---|---|
| Other Additions | 6 | 347,221.28 |
| **Total** | **6** | **347,221.28** |

**Checks and Other Deductions**

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 12 | 750,379.28 |
| **Total** | **12** | **750,379.28** |

**Daily Balance**

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/31 | 411,171.78 | 02/11 | 109,913.78 | 02/20 | 260,013.78 |
| 02/02 | 406,171.78 | 02/13 | 108,913.78 | 02/23 | 10,013.78 |
| 02/03 | 377,813.78 | 02/17 | 11,913.78 | 02/26 | 8,013.78 |
| 02/06 | 12,913.78 | 02/19 | 210,013.78 | 02/27 | 8,013.78 |

## Activity Detail

### Deposits and Other Additions

**Other Additions**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/11 | 97,000.00 | Domestic Incoming Wire 262Bl435903G288V | W262BL435903G288V |
| 02/19 | 200,000.00 | Domestic Incoming Wire 262Jl33068Ao649H | W262JL33068AO649H |
| 02/20 | 3,000.00 | Domestic Incoming Wire 262Kj38098Gw3W4X | W262KJ38098GW3W4X |
| 02/20 | 17,000.00 | Domestic Incoming Wire 262Kl1325Daw3Hko | W262KL1325DAW3HKO |
| 02/20 | 30,000.00 | Domestic Incoming Wire 262Kn0129Exw06H0 | W262KN0129EXW06H0 |
| 02/27 | 221.28 | Interest Payment | I-GEN126022700042444 |

### Checks and Other Deductions

**Other Deductions**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/02 | 5,000.00 | Withdrawal | 002529996 |
| 02/03 | 21,858.00 | Domestic Assist Wire [redacted] | W2623L3157AYE4X6R |
| 02/03 | 6,500.00 | Domestic Assist Wire [redacted] | W2623L43403ME3VLZ |
| 02/06 | 15,000.00 | Domestic Assist Wire L[redacted]& L[redacted] | W2626K33356IF2UQY |
| 02/06 | 349,900.00 | Domestic Assist Wire Victim 5 [redacted] | W2626K25528PG6CI5 |
| 02/13 | 1,000.00 | Withdrawal | 003190589 |
| 02/17 | 97,000.00 | Domestic Assist Wire [redacted] | W262DK37001SE2ELL |
| 02/19 | 1,900.00 | Withdrawal | 002814869 |
| 02/23 | 100,000.00 | Domestic Assist Wire Victim 4 [redacted] | W262NF5809O7X0WTF |
| 02/23 | 150,000.00 | Domestic Assist Wire L[redacted]& L[redacted]Llp | W262NK4209HGY1LWD |
| 02/26 | 2,000.00 | Withdrawal | 003921955 |
| 02/27 | 221.28 | State Interest Remittance Debit | I-GEN126022700042445 |