# Exhibit 2

| Posting Date | Description | Amount | Type |
|---|---|---|---|
| 8/4/2026 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./[redacted]9593 B/O: 1/M[redacted] B[redacted]SOLE PROP DBA L3/US/MADISON HTS 48071 REF: CHASE NYC/CTR/BNF=Steel's LandlordPLYMOUTH MI 48170-1682 US/AC-00000215001 2 RFB=NOTPROVIDED IMAD: 0804B6B7HU2R013581 TRN: 0818351216FF | $3,900 | WIRE_INCOMING |
| 7/1/2026 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./[redacted]9593 B/O: 1/M[redacted] B[redacted]SOLE PROP DBA L3/US/MADISON HTS 48071 REF: CHASE NYC/CTR/BNF=Steel's LandlordPLYMOUTH MI 48170-1682 US/AC-00000215001 2 RFB=NOTPROVIDED IMAD: 0701B6B7HU1R014110 TRN: 0886531182FF | $3,900 | WIRE_INCOMING |
| 5/29/2026 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./[redacted]9593 B/O: 1/M[redacted] B[redacted]SOLE PROP DBA L3/US/MADISON HTS 48071 REF: CHASE NYC/CTR/BNF=Steel's LandlordPLYMOUTH MI 48170-1682 US/AC-00000215001 2 RFB=NOTPROVIDED IMAD: 0529B6B7HU3R014232 TRN: 0800501149FF | $3,900 | WIRE_INCOMING |
| 5/1/2026 | FEDWIRE CREDIT VIA: BANK OF AMERICA, N.A./[redacted]9593 B/O: 1/M[redacted] B[redacted]SOLE PROP DBA L3/US/MADISON HTS 48071 REF: CHASE NYC/CTR/BNF=Steel's LandlordPLYMOUTH MI 48170-1682 US/AC-00000215001 2 RFB=NOTPROVIDED OBI=/URI/SMS RENT IMAD: 0501B6B7HU3R015855 TRN: 1089581121FF | $3,900 | WIRE_INCOMING |
| 4/7/2026 | FEDWIRE CREDIT VIA: FIRST HORIZON BANK/0[redacted]0026 B/O: L[redacted] & L[redacted] LLP ATLANTA GA 30328 US REF: CHASE NYC/CTR/BNF=Steel's LandlordPLYMOUTH MI 48170-1682 US/AC-00000215001 2 RFB=NOTPROVIDED IMAD: 0407MMQFMPWQ000281 TRN: 0246521097FF | $3,900 | WIRE_INCOMING |
| 3/2/2026 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION PITTSBURGH PA 15219- US ORG:/[redacted]3452 LAW OFFICES OF M[redacted] B[redacted] OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/2632L0550ASY6YTF TRN: 1117951061EZ | $3,900 | WIRE_INCOMING |
| 1/21/2026 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:/[redacted]3452 LAW OFFICES OF M[redacted] B[redacted] OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/261LK51059F22IIR TRN: 2023401021EZ | $3,900 | WIRE_INCOMING |
| 12/30/2025 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:[redacted]3452 LAW OFFICES OF M[redacted]OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/25CUH39057BP36QL TRN: 1732551364EZ | $3,900 | WIRE_INCOMING |
| 12/1/2025 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:[redacted]3452 LAW OFFICES OF M[redacted]OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/25C1L0447HR67KVB TRN: 1013511335EZ | $3,900 | WIRE_INCOMING |
| 11/3/2025 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:/[redacted]3452 LAW OFFICES OF M[redacted] B[redacted]OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/25B3H4521D616L39 TRN: 0704251307EZ | $3,900 | WIRE_INCOMING |
| 10/2/2025 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:/[redacted]3452 LAW OFFICES OF M[redacted] B[redacted]OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/25A2G2357P3J3XL8 TRN: 4348711275EZ | $3,900 | WIRE_INCOMING |
| 9/2/2025 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:/[redacted]3452 M[redacted] B[redacted]OGB:/FW043000096 SWF/PNCCUS33XXX REF:/INS/ABA/043000096PNCBANK/REF/2592G3652L3N55K2 TRN: 0930291245EZ | $3,900 | WIRE_INCOMING |
| 8/1/2025 | BOOK TRANSFER CREDIT B/O: PNC BANK NATIONAL ASSOCIATION AKRON OH 44308- US ORG:[redacted]3452 LAW OFFICES OF M[redacted] B[redacted]OGB:/FW043000096 SWF/PNCCUS33XXX REF:/URI/STEEL RENT/INS/ABA/043000096PNCBANK/REF/2581F3349FQ43395 TRN: 4446911213EZ | $3,900 | WIRE_INCOMING |
| 5/13/2025 | DEPOSIT - Security ([redacted]) | $5,700 | CHECK |
| | | $56,400 | |