# Exhibit 3

AMERICAN EXPRESS Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL
Statement Period: October 20, 2025 - November 19, 2025
Number of Days in Statement Period: 31


00001813 TAMXDS112025012820 29 000000000 004
SHANNON STEEL
[redacted] APPLEWOOD LN
FARMINGTON HILLS MI 48331

## Summary of My Accounts

| Product Name | Number | Ending Balance |
|---|---|---|
| High Yield Savings Account | xxxxxxxx9566 | $12,966.28 |
| **Total** | | $12,966.28 |

## Customer Service Information

**Customer Care:**
Contact us at 1-800-446-6307

**Visit Us Online:**
personalsavings.americanexpress.com

**Written Inquiries:**
American Express National Bank
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

## Account Owner(s): SHANNON STEEL
## High Yield Savings Account: xxxxxxxx9566

### Account Summary

| Date | Transactions | Amount |
|---|---|---|
| 10/20/2025 | Balance Last Statement | $412.45 |
| | Total Debits This Period | $24,362.50 |
| | Total Credits This Period | $36,916.33 |
| 11/19/2025 | Ending Balance | $12,966.28 |
| | Interest Credited This Period | $16.33 |
| | Interest Credited Year-to-Date | $34.70 |
| | Interest Earned 10/20/2025 to 11/19/2025 | 31 Days |
| | Annual Interest Rate* | 3.44030% |
| | Annual Percentage Yield (APY)* | 3.50% |
| | Annual Percentage Yield Earned This Period | 3.50% |

* Please note that the Interest Rate and the Annual Percentage Yield (APY) noted above reflect the rates in effect as of the last day of this statement period. If rates were adjusted during the statement period, the rates reflected above may not have been the rate applied throughout the entire statement period.

Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL


**In Case of Errors or Questions About Your Electronic Transfers (EFTs).**

If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please contact us as soon as you can.
**Direct Inquiries To:**
**Customer Care Telephone Number:**
1-800-446-6307
**Written Inquiries:**
P.O. Box 30384, Sandy, UT 84130-0384

**We must hear from you no later than 60 calendar days after we sent the FIRST statement on which the problem or error appeared.**

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL


**Account Owner(s): SHANNON STEEL**
**High Yield Savings Account: xxxxxxxx9566 (continued)**

## Account Activity

| Date | Transactions | Debits | Credits | Balance |
|---|---|---|---|---|
| **10/20/2025** | **Beginning Balance** | | | **$412.45** |
| 10/20/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $100.00 | | $312.45 |
| 10/20/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $200.00 | | $112.45 |
| 10/21/2025 | ACH Deposit<br>WOLF FACILITIES ACH PMT PAYMENT | | $500.00 | $612.45 |
| 10/22/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $400.00 | | $212.45 |
| 10/23/2025 | Wire Deposit | | $10,000.00 | $10,212.45 |
| 10/24/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,000.00 | | $9,212.45 |
| 10/24/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,461.00 | | $7,751.45 |
| 10/24/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,000.00 | | $6,751.45 |
| 10/27/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $500.00 | | $6,251.45 |
| 10/28/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $800.00 | | $5,451.45 |
| 10/29/2025 | ACH Withdrawal<br>CAPITAL ONE AUTO CARPAY | $953.32 | | $4,498.13 |
| 10/29/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,400.00 | | $3,098.13 |
| 10/30/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $519.00 | | $2,579.13 |
| 10/30/2025 | Wire Deposit | | $8,300.00 | $10,879.13 |
| 10/31/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $500.00 | | $10,379.13 |
| 11/03/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,669.94 | | $8,709.19 |
| 11/03/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,000.00 | | $7,709.19 |
| 11/04/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,000.00 | | $6,709.19 |

Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL


**Account Owner(s): SHANNON STEEL**
**High Yield Savings Account: xxxxxxxx9566 (continued)**

## Account Activity (continued)

| Date | Transactions | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/06/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $241.20 | | $6,467.99 |
| 11/06/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $2,930.84 | | $3,537.15 |
| 11/10/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $1,000.00 | | $2,537.15 |
| 11/14/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $538.00 | | $1,999.15 |
| 11/17/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $500.00 | | $1,499.15 |
| 11/18/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $200.00 | | $1,299.15 |
| 11/18/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $500.00 | | $799.15 |
| 11/18/2025 | Wire Deposit | | $18,100.00 | $18,899.15 |
| 11/19/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $2,324.14 | | $16,575.01 |
| 11/19/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $879.01 | | $15,696.00 |
| 11/19/2025 | ACH Withdrawal AMEX EPAYMENT ACH PMT | $2,746.05 | | $12,949.95 |
| 11/19/2025 | Interest Payment | | $16.33 | $12,966.28 |
| **11/19/2025** | **Ending Balance** | | | **$12,966.28** |

Accounts offered by American Express National Bank. Member FDIC.
00001813 0285444 0004 0004 TAMXDS112025012820

AMERICAN EXPRESS Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL
Statement Period: November 20, 2025 - December 19, 2025
Number of Days in Statement Period: 30
Page 1 of 4

00001565 TAMXDS122025013426 29 000000000 004
SHANNON STEEL
[redacted] APPLEWOOD LN
FARMINGTON HILLS MI 48331

## Summary of My Accounts

| Product Name | Number | Ending Balance |
|---|---|---|
| High Yield Savings Account | xxxxxxxx9566 | $52.03 |
| **Total** | | $52.03 |

## Customer Service Information

**Customer Care:**
Contact us at 1-800-446-6307

**Visit Us Online:**
personalsavings.americanexpress.com

**Written Inquiries:**
American Express National Bank
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

## Account Owner(s): SHANNON STEEL
## High Yield Savings Account: xxxxxxxx9566

### Account Summary

| Date | Transactions | Amount |
|---|---|---|
| **11/20/2025** | **Balance Last Statement** | **$12,966.28** |
| | **Total Debits This Period** | **$16,727.77** |
| | **Total Credits This Period** | **$3,813.52** |
| **12/19/2025** | **Ending Balance** | **$52.03** |
| | **Interest Credited This Period** | **$13.52** |
| | **Interest Credited Year-to-Date** | **$48.22** |
| | **Interest Earned 11/20/2025 to 12/19/2025** | **30 Days** |
| | **Annual Interest Rate*** | **3.34363%** |
| | **Annual Percentage Yield (APY)*** | **3.40%** |
| | **Annual Percentage Yield Earned This Period** | **3.45%** |

* Please note that the Interest Rate and the Annual Percentage Yield (APY) noted above reflect the rates in effect as of the last day of this statement period. If rates were adjusted during the statement period, the rates reflected above may not have been the rate applied throughout the entire statement period.

AMERICAN EXPRESS Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL


**In Case of Errors or Questions About Your Electronic Transfers (EFTs).**

If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please contact us as soon as you can.

**Direct Inquiries To:**
**Customer Care Telephone Number:**
1-800-446-6307
**Written Inquiries:**
P.O. Box 30384, Sandy, UT 84130-0384

**We must hear from you no later than 60 calendar days after we sent the FIRST statement on which the problem or error appeared.**

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL


**Account Owner(s): SHANNON STEEL**
**High Yield Savings Account: xxxxxxxx9566 (continued)**

## Account Activity

| Date | Transactions | Debits | Credits | Balance |
|---|---|---|---|---|
| **11/20/2025** | **Beginning Balance** | | | **$12,966.28** |
| 11/20/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $2,000.00 | | $10,966.28 |
| 11/28/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,000.00 | | $9,966.28 |
| 11/28/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $2,000.00 | | $7,966.28 |
| 11/28/2025 | ACH Withdrawal<br>CAPITAL ONE AUTO CARPAY | $953.32 | | $7,012.96 |
| 12/01/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $623.98 | | $6,388.98 |
| 12/02/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $3,152.62 | | $3,236.36 |
| 12/04/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $250.00 | | $2,986.36 |
| 12/08/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,297.85 | | $1,688.51 |
| 12/08/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $600.00 | | $1,088.51 |
| 12/08/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $500.00 | | $588.51 |
| 12/09/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $500.00 | | $88.51 |
| 12/09/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $50.00 | | $38.51 |
| 12/09/2025 | Wire Deposit | | $3,800.00 | $3,838.51 |
| 12/11/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $2,000.00 | | $1,838.51 |
| 12/11/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $200.00 | | $1,638.51 |
| 12/12/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $1,000.00 | | $638.51 |
| 12/12/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $250.00 | | $388.51 |
| 12/15/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $150.00 | | $238.51 |

Personal Savings

**American Express National Bank**
115 W Towne Ridge Parkway
Sandy, UT 84130-0384

**Account Statement For:**
SHANNON STEEL


**Account Owner(s): SHANNON STEEL**
**High Yield Savings Account: xxxxxxxx9566 (continued)**

## Account Activity (continued)

| Date | Transactions | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/17/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $100.00 | | $138.51 |
| 12/19/2025 | ACH Withdrawal<br>AMEX EPAYMENT ACH PMT | $100.00 | | $38.51 |
| 12/19/2025 | Interest Payment | | $13.52 | $52.03 |
| **12/19/2025** | **Ending Balance** | | | **$52.03** |

AMERICAN EXPRESS

**Delta SkyMiles® Reserve Card**

SHANNON STEEL
Closing Date 12/12/25
Account Ending 3-72000

DELTA SKYMILES



**Customer Care:** 1-866-391-1424
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$2,854.39** |
| **Minimum Payment Due** | **$57.08** |
| **Payment Due Date** | **01/07/26** |

**Delta SkyMiles®**
Miles Earned this Period
**24,528**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 01/07/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 12 years | $7,818 |
| $119 | 3 years | $4,295 *(Savings = $3,523)* |

If you would like information about credit counseling services, call 1-888-733-4139.

## Account Summary

| | |
|---|---|
| Previous Balance | $2,641.93 |
| Payments/Credits | -$17,296.52 |
| New Charges | +$17,508.98 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$2,854.39** |
| **Minimum Payment Due** | **$57.08** |
| Credit Limit | $3,700.00 |
| Available Credit | $845.61 |
| Cash Advance Limit | $700.00 |
| Available Cash | $700.00 |

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

↓Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 3-72000**

Enter 15 digit account # on all payments.
Make check payable to American Express.

SHANNON STEEL
[redacted] APPLEWOOD LN
FARMINGTON HILLS MI 48331-1212

Payment Due Date
**01/07/26**

New Balance
**$2,854.39**

Minimum Payment Due
**$57.08**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

$ ________ . ____
**Amount Enclosed**

000034999307386637б 000285439000005708 09 Н

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.
**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.
**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*
**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.
**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.
**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.
**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Delta SkyMiles® Reserve Card**
SHANNON STEEL
Closing Date 12/12/25

DELTA SKYMILES



Account Ending 3-72000

**Customer Care & Billing Inquiries** **1-866-391-1424**
International Collect 1-336-393-1111
Cash Advance at ATMs Inquiries 1-800-CASH-NOW
**Large Print & Braille Statements** **1-866-391-1424**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-866-391-1424**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 60189
CITY OF INDUSTRY
CA
91716-0189

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$17,296.52 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$17,296.52** |

### Detail

*Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 11/16/25* | MOBILE PAYMENT - THANK YOU | -$500.00 |
| 11/17/25* | MOBILE PAYMENT - THANK YOU | -$500.00 |
| 11/18/25* | MOBILE PAYMENT - THANK YOU | -$2,746.05 |
| 11/19/25* | MOBILE PAYMENT - THANK YOU | -$2,000.00 |
| 11/27/25* | MOBILE PAYMENT - THANK YOU | -$2,000.00 |
| 12/01/25* | MOBILE PAYMENT - THANK YOU | -$3,152.62 |
| 12/05/25* | MOBILE PAYMENT - THANK YOU | -$1,297.85 |
| 12/05/25* | MOBILE PAYMENT - THANK YOU | -$600.00 |
| 12/06/25* | MOBILE PAYMENT - THANK YOU | -$500.00 |
| 12/06/25* | MOBILE PAYMENT - THANK YOU | -$500.00 |
| 12/08/25* | MOBILE PAYMENT - THANK YOU | -$500.00 |
| 12/09/25* | MOBILE PAYMENT - THANK YOU | -$2,000.00 |
| 12/11/25* | MOBILE PAYMENT - THANK YOU | -$1,000.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$17,508.98** |

### Detail

**SHANNON STEEL**
Card Ending 3-72000

| | | | | Foreign Spend | **Amount** |
|---|---|---|---|---|---|
| 11/12/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $15.73 |
| 11/12/25 | DD *DOORDASH TWINPEAKS<br>+16506819470 | SAN FRANCISCO | CA | | $49.67 |
| 11/13/25 | [redacted]<br>REAL ESTATE AGENTS AND MG | UNITED STATES | | | $106.44 |

Continued on reverse

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/13/25 | WALGREENS<br>NONE 48009<br>PHARMACIES | BIRMINGHAM | MI | | $17.91 |
| 11/13/25 | WEB PREMIUM<br>+16282656514 | PALO ALTO | CA | | $35.00 |
| 11/13/25 | WEB PREMIUM<br>+16282656514 | PALO ALTO | CA | | $70.00 |
| 11/14/25 | DNH*GODADDY#3947215410<br>4805058855<br>Ultimate Managed Hosting for WordPress W<br>Microsoft 365 Secure Starter Email - Ren | Tempe | AZ | | $563.52 |
| 11/14/25 | DNH*GODADDY#3941872607<br>4805058855<br>Microsoft 365 Email Plus with Security - | Tempe | AZ | | $35.97 |
| 11/14/25 | DD *DOORDASH LEOSCONEY<br>+16506819470 | SAN FRANCISCO | CA | | $61.59 |
| 11/15/25 | DNH*GODADDY#3947523627<br>4805058855<br>COM Domain Name Renewal - 1 Year recur<br>Full Domain Privacy and Protection - Ren | Tempe | AZ | | $64.37 |
| 11/15/25 | GOOGLE *GOOGLE ONE<br>LARGE DIGITAL GOODS MERCH | G.CO/HELPPAY# | CA | | $9.99 |
| 11/16/25 | DNH*GODADDY#3948403761<br>4805058855<br>ORG Domain Name Renewal - 1 Year recur | Tempe | AZ | | $23.19 |
| 11/16/25 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | | $19.06 |
| 11/16/25 | ADOBE Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | | $13.77 |
| 11/16/25 | DD *DOORDASH KROGER<br>+16506819470 | SAN FRANCISCO | CA | | $17.91 |
| 11/16/25 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | | $47.65 |
| 11/17/25 | Amazon Prime<br>SUBSCRIPTION | Amazon.com | WA | | $14.99 |
| 11/17/25 | TOLLFREEFORWARDING.COM<br>TELECOM | (888)452-1505 | CA | | $10.00 |
| 11/18/25 | GOOGLE *LINKEDIN JOBS<br>COMPUTER PROGRAMMING | G.CO/HELPPAY# | CA | | $74.19 |
| 11/18/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $29.72 |
| 11/18/25 | DD *DOORDASH TWINPEAKS<br>+16506819470 | SAN FRANCISCO | CA | | $68.98 |
| 11/18/25 | FINANCIAL ADVISORY<br>[redacted] | TORONTO | | | $297.00 |
| 11/19/25 | ORBITZ<br>DELTA AIR LINES<br>From: DETROIT WAYNE COUN<br>To: LOS ANGELES INTERN; DETROIT WAYNE COUN<br>Carrier: DL; DL<br>Class: V; V<br>Ticket Number: 00673848204470<br>Date of Departure: 11/21<br>Passenger Name [redacted]<br>Document Type: PASSENGER TICKET | SEATTLE | WA | | $898.96 |
| 11/19/25 | THAI SPA PAVILION<br>248-228-0406 | NORTHVILLE | MI | | $157.50 |
| 11/19/25 | T & H NAILS<br>248-353-4996 | SOUTHFIELD | MI | | $59.00 |

Continued on next page

**Detail Continued**

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/19/25 | TST* JOE LOUIS SOUTHERN K 00255303<br>RESTAURANT | SOUTHFIELD | MI | | $35.91 |
| 11/19/25 | COMCAST / XFINITY<br>CABLE SVCS | 800-266-2278 | MI | | $122.00 |
| 11/19/25 | ORBITZ*73305678325255<br>Arrival Date 11/21/25 Departure Date 11/24/25<br>00000000<br>LODGING | ORBITZ.COM | WA | | $1,019.52 |
| 11/19/25 | ORBITZ*73305665784495<br>TRAVEL | ORBITZ.COM | WA | | $19.39 |
| 11/19/25 | KROGER<br>8666111979 | FARMINGTON HILLS | MI | | $175.51 |
| 11/19/25 | ONE HOUR MARTINIZING 739723122067554<br>MARTINIZINGSOUTHFIELD@LIV | SOUTHFIELD | MI | | $91.10 |
| 11/19/25 | BELLE TIRE 127 000000127<br>3132719400 | NORTHVILLE | MI | | $250.00 |
| 11/20/25 | DELTA AIR LINES<br>DELTA AIR LINES<br>From: DETROIT WAYNE COUN<br>To: LOS ANGELES INTERN; DETROIT WAYNE COUN<br>Carrier: DL, DL  Class: 00, 00<br>Ticket Number: 0060682703043<br>Date of Departure: 11/21<br>Passenger Name: STEEL/SHANNON<br>Document Type: ADDITIONAL COLLECTION | ATLANTA | | | $498.96 |
| 11/20/25 | DD *DOORDASH POTBELLYS<br>+16506819470 | SAN FRANCISCO | CA | | $29.81 |
| 11/20/25 | 47373 FIVE MILE ROAD 57441727104<br>7344591752 | PLYMOUTH | MI | | $36.79 |
| 11/21/25 | [redacted]<br>REAL ESTATE AGENTS AND MG | UNITED STATES | | | $175.67 |
| 11/21/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $132.81 |
| 11/21/25 | DTW 6101 Plum Market<br>30191 48242<br>Bang Bang Shrimp side<br>Quest Ch Choc PB<br>SMART WATER 24OZ | Detroit | MI | | $25.89 |
| 11/21/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $44.91 |
| 11/21/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $47.73 |
| 11/22/25 | DEALSTREAM PRO<br>+16174975100 | CAMBRIDGE | MA | | $40.00 |
| 11/22/25 | PY *BURRATINO PIZZA 000014317<br>3107338508 | HUNTINGTON BE | CA | | $48.16 |
| 11/23/25 | PHONE.COM * #16412060<br>8009987087 | POWAY | CA | | $23.22 |
| 11/23/25 | GOOGLE *MICROSOFT 365<br>DIGITAL GOODS: APPS | G.CO/HELPPAY# | CA | | $10.59 |
| 11/23/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $214.32 |
| 11/24/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $53.90 |

Continued on reverse

**Detail Continued**

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/24/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $25.79 |
| 11/24/25 | THAI SPA PAVILION<br>248-228-0406 | NORTHVILLE | MI | | $157.50 |
| 11/24/25 | HYATT REGENCY HNTNG BCH HUNRH<br>888-588-4384 | HUNTINGTN BCH | CA | | $288.03 |
| 11/24/25 | HYATT REGENCY HNTNG BCH HUNRH<br>888-588-4384 | HUNTINGTN BCH | CA | | $156.60 |
| 11/24/25 | DYNAMIC3HE* DYNAMIC3HE<br>+19196963085 | JACKSONVILLE | FL | | $129.00 |
| 11/24/25 | DD *DOORDASH POTBELLYS<br>+16506819470 | SAN FRANCISCO | CA | | $60.24 |
| 11/25/25 | [redacted]LLC<br>+12487012165 | WEST BLOOMFIELD TOWNS | MI | | $960.00 |
| 11/25/25 | TIM HORTONS #915700<br>FAST FOOD RESTAURANT | NORTHVILLE | MI | | $2.41 |
| 11/26/25 | DAZN US<br>DIGITAL GOODS: MEDIA | NEW YORK | NY | | $13.99 |
| 11/26/25 | DD *DOORDASH P.F.CHANG<br>+16506819470 | SAN FRANCISCO | CA | | $42.51 |
| 11/26/25 | DD *DOORDASH P.F.CHANG<br>+16506819470 | SAN FRANCISCO | CA | | $46.67 |
| 11/26/25 | TIM HORTONS<br>FAST FOOD RESTAURANT | FARMINGTON HILLS | MI | | $2.50 |
| 11/26/25 | BP#2143000SEVAN PETROLEU<br>248-851-3000 | FARMINGTON HI | MI | | $103.42 |
| 11/26/25 | BP#2143000SEVAN PETROLEU<br>248-851-3000 | FARMINGTON HI | MI | | $2.00 |
| 11/26/25 | PANERA BREAD<br>FAST FOOD RESTAURANT | COMMERCE TOWNSHIP | MI | | $19.15 |
| 11/26/25 | TIM HORTONS #915700<br>FAST FOOD RESTAURANT | NORTHVILLE | MI | | $6.53 |
| 11/28/25 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | | $10.99 |
| 11/28/25 | EXPERIAN* CREDIT REPORT<br>479-343-6237 | 479-343-6237 | CA | | $24.99 |
| 11/28/25 | DD *DOORDASH FISHBONES<br>+16506819470 | SAN FRANCISCO | CA | | $45.56 |
| 11/28/25 | NETFLIX.COM<br>CABLE & PAY TV | 866-579-7172 | CA | | $33.98 |
| 11/28/25 | TIM HORTONS #915700<br>FAST FOOD RESTAURANT | NORTHVILLE | MI | | $2.30 |
| 11/29/25 | THAI SPA PAVILION<br>248-228-0406 | NORTHVILLE | MI | | $105.00 |
| 11/29/25 | DD *DOORDASH TWINPEAKS<br>+16506819470 | SAN FRANCISCO | CA | | $51.58 |
| 11/29/25 | EXXONMOBIL<br>734-464-2028 | LIVONIA | MI | | $67.29 |
| 11/29/25 | GOOGLE *INNERTUNE LIST<br>DIGITAL GOODS: APPS | G.CO/HELPPAY# | CA | | $42.39 |
| 11/30/25 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | | $40.41 |
| 11/30/25 | DD *DOORDASH CVS<br>+16506819470 | SAN FRANCISCO | CA | | $2.99 |

Continued on next page

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/30/25 | DD *DOORDASH CVS +16506819470 | SAN FRANCISCO | CA | | $25.01 |
| 11/30/25 | PAYPAL *POSHMARK 6502624771 | 6502624771 | CA | | $17.09 |
| 11/30/25 | PAYPAL *POSHMARK 6502624771 | 6502624771 | CA | | $19.21 |
| 11/30/25 | PAYPAL *POSHMARK 6502624771 | 6502624771 | CA | | $17.09 |
| 12/01/25 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | | $27.97 |
| 12/01/25 | STAR PARKING LLC squareup.com/receipts | Detroit | MI | | $12.00 |
| 12/01/25 | LifeTimeFitness.COM MONTHLY DUES 888-430-6432 | 888-430-6432 | MN | | $226.78 |
| 12/01/25 | MICROSOFT Z72ZGBM44SMC 98052 | MSBILL.INFO | | | $122.45 |
| 12/01/25 | DYNAMIC3HE* DYNAMIC3HE +19196963085 | JACKSONVILLE | FL | | $250.00 |
| 12/01/25 | THE UPS STORE 0118 0118-V0118-20-17648322 MEDIUM MAILBOX (NR) LATE FEE (NR) | WEST BLOOMFIE | MI | | $160.00 |
| 12/01/25 | THE UPS STORE 0118 0118-POS0118A-17648322 COMPUTER USE 5 MIN. 8.5X11 COLOR COPIES | WEST BLOOMFIE | MI | | $2.75 |
| 12/02/25 | STAR PARKING LLC GOODS/SERVICES | Detroit | MI | | $12.00 |
| 12/02/25 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | | $12.99 |
| 12/02/25 | TST* LA LANTERNA 300003345 3133193036 | DETROIT | MI | | $156.91 |
| 12/02/25 | J ALEXANDER'S 349 48152 | LIVONIA | MI | | $132.24 |
| 12/02/25 | BP#2149900AGFA GAS INC 248-348-0077 | NORTHVILLE TW | MI | | $54.99 |
| 12/02/25 | STELLAR CORPORATE SERVICE 899000004950 LEGAL SERVICE | NEW YORK | NY | | $298.70 |
| 12/03/25 | AMAZON PRIME*BI28S0X12 DIGITAL | AMZN.COM/BILL | WA | | $2.99 |
| 12/03/25 | [redacted] PLLC EBILLSVC 48331 LEGAL SERVICES, ATTO | DETROIT | MI | | $1,711.60 |
| 12/03/25 | BP#2149900AGFA GAS INC 248-348-0077 | NORTHVILLE TW | MI | | $75.04 |
| 12/03/25 | KROGER 8666111979 GROCERY STORES | NORTHVILLE | MI | | $53.00 |
| 12/04/25 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | | $27.44 |
| 12/05/25 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | | $29.99 |
| 12/05/25 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $20.72 |

Continued on reverse

**Detail Continued**

| | | | | Foreign Spend | **Amount** |
|---|---|---|---|---|---|
| 12/05/25 | WWW.CAPTELA.COM<br>+35722269804 | NICOSIA | CY | 1.200,00<br>European Union<br>Euro | $1,402.08 |
| 12/05/25 | SQSP* WORKSP#212535625<br>+16465803456 | NEW YORK | NY | | $25.20 |
| 12/05/25 | DD *DOORDASH THAIFRESH<br>+16506819470 | SAN FRANCISCO | CA | | $34.51 |
| 12/06/25 | GEICO AUTO<br>INSURANCE | (800)841-3000 | DC | | $932.46 |
| 12/06/25 | DIAMOND CAR WASH & D 436845559368245<br>BILLING@WASHIFY.COM | 734-4200011 | MI | | $33.00 |
| 12/06/25 | BASH ORIGINAL IZAKAYA<br>313-788-7208 | 48208 | MI | | $155.32 |
| 12/06/25 | BASH ORIGINAL IZAKAYA<br>313-788-7208 | 48208 | MI | | $15.72 |
| 12/06/25 | KNOCK TWICE SPEAKEASY 545500001868603<br>INSPIREDBYINDIAIRVING@GMA | 877-8144102 | MI | | $127.26 |
| 12/07/25 | SLING TV<br>888-363-1777 | ENGLEWOOD | CO | | $60.99 |
| 12/09/25 | DELTA AIR LINES<br>DELTA AIR LINES<br>From: DETROIT WAYNE COUN — To: PARIS CHARLES DE G, MALAGA<br>Carrier: DL, DL — Class: M, M<br>Ticket Number: 00623863909200<br>Date of Departure: 12/11<br>Passenger Name: STEEL/SHANNON<br>Document Type: PASSENGER TICKET | ATLANTA | | | $1,051.90 |
| 12/09/25 | ORBITZ<br>DELTA AIR LINES<br>From: DETROIT WAYNE COUN — To: PARIS CHARLES DE G, MALAGA<br>Carrier: DL, DL — Class: M, M<br>Ticket Number: 00673872277643<br>Date of Departure: 12/11<br>Passenger Name: [redacted]<br>Document Type: PASSENGER TICKET | SEATTLE | WA | | $1,051.50 |
| 12/09/25 | GOOGLE *GOOGLE ONE<br>DIGITAL GOODS: GAMES | G.CO/HELPPAY# | CA | | $9.99 |
| 12/10/25 | ORBITZ*73323723362400<br>TRAVEL | ORBITZ.COM | WA | | $15.00 |
| 12/10/25 | T & H NAILS<br>248-353-4996 | SOUTHFIELD | MI | | $136.00 |
| 12/10/25 | VERIZONWRLSS RTCCRVB<br>SERVICE | 800-922-0204 | FL | | $300.00 |
| 12/10/25 | J ALEXANDER'S<br>3452 48152 | LIVONIA | MI | | $123.88 |
| 12/11/25 | FIRST WATCH - 0495 000000503<br>9419079800 | NORTHVILLE | MI | | $50.97 |
| 12/11/25 | PEACOCK<br>CABLE & PAY TV | NEW YORK CITY | NY | | $10.99 |
| 12/11/25 | LYFT<br>+18552800278 | 855-280-0278 | CA | | $188.00 |
| 12/12/25 | DELTA AIR LINES<br>DELTA AIR LINES<br>Ticket Number: 00641414742581<br>Passenger Name: STEEL/SHANNON<br>Document Type: MISCELLANEOUS TAX(S)/FEE(S) | ATLANTA | | | $5.00 |
| 12/12/25 | LIDIA SERRANO CANO 364112102<br>TAXICAB & LIMOUSINE | BUTIMAMBA | ES | 6,91<br>European Union<br>Euro | $8.13 |

Continued on next page

**Delta SkyMiles® Reserve Card**
SHANNON STEEL
Closing Date 12/12/25



Account Ending 3-72000

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $679.00 |
| Total Interest in 2025 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 07/01/2025 | | 29.99% (v) | $0.00 | $0.00 |
| Cash Advances | 07/01/2025 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |

(v) Variable Rate

## Miles Earned

SkyMiles® Account Number: XXXXXX5110

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 17,514 | 135,674 |
| Total Bonus Miles Earned and Adjustments | 7,014 | 23,926 |
| **Total Miles Earned** | **24,528** | **159,600** |

Continued on reverse

## Bonus Miles Earned and Adjustments

| | Current Period |
|---|---|
| 3X Miles at Delta | 7,014 |
| **Total** | **7,014** |

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

AMERICAN EXPRESS

**Delta SkyMiles® Gold Card**

SHANNON STEEL
Closing Date 12/02/25
Account Ending 2-41001

DELTA SKYMILES



**Customer Care:** 1-800-430-1000
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$2,125.05** |
| **Minimum Payment Due** | **$42.50** |
| **Payment Due Date** | **12/27/25** |

**Delta SkyMiles®**
Miles Earned this Period **6,047**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 12/27/25, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 9 years | $5,357 |
| $89 | 3 years | $3,197 *(Savings = $2,160)* |

If you would like information about credit counseling services, call 1-888-733-4139.

## Account Summary

| | |
|---|---|
| Previous Balance | $1,028.81 |
| Payments/Credits | -$4,148.12 |
| New Charges | +$5,224.00 |
| Fees | +$0.00 |
| Interest Charged | +$20.36 |
| **New Balance** | **$2,125.05** |
| **Minimum Payment Due** | **$42.50** |
| Credit Limit | $2,500.00 |
| Available Credit | $374.95 |
| Cash Advance Limit | $500.00 |
| Available Cash | $374.95 |

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 2-41001**

Enter 15 digit account # on all payments.
Make check payable to American Express.

SHANNON STEEL
[redacted] APPLEWOOD LN
FARMINGTON HILLS MI 48331-1212

Payment Due Date
**12/27/25**

New Balance
**$2,125.05**

Minimum Payment Due
**$42.50**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

$ ________ . ____
**Amount Enclosed**

00003499929822880035 000212505000004250 01 4

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.
**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.
**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*
**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.
**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.
**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.
**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Delta SkyMiles® Gold Card**
SHANNON STEEL
Closing Date 12/02/25

DELTA SKYMILES



Account Ending 2-41001

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-430-1000** |
| International Collect | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-430-1000** |
| **SkyMiles Account Balance and Award Redemption** delta.com/skymiles | 1-800-325-3999 |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-430-1000**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 60189
CITY OF INDUSTRY
CA
91716-0189

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$4,148.12 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$4,148.12** |

### Detail

*Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 11/17/25* | MOBILE PAYMENT - THANK YOU | -$200.00 |
| 11/18/25* | MOBILE PAYMENT - THANK YOU | -$2,324.14 |
| 11/27/25* | MOBILE PAYMENT - THANK YOU | -$1,000.00 |
| 11/28/25* | MOBILE PAYMENT - THANK YOU | -$623.98 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$5,224.00** |

### Detail

**SHANNON STEEL**
Card Ending 2-41001

| | | | | Foreign Spend | **Amount** |
|---|---|---|---|---|---|
| 11/02/25 | LEI NUMBER +3531800938829 | PEMBROKE STREET UPPER | CO | 121,38 European Union Euro | $140.53 |
| 11/02/25 | EXXONMOBIL 734-464-2028 | LIVONIA | MI | | $4.99 |
| 11/03/25 | SP HOTEL COLLECTION +18332057999 | MIAMI | FL | | $40.11 |
| 11/05/25 | IC* INSTACART 8882467822 | SAN FRANCISCO | CA | | $72.40 |
| 11/05/25 | Audible AUDIO BOOKS | audible.com | NJ | | $14.95 |
| 11/07/25 | NAV TECH 855-226-8388 +18552268388 | DRAPER | UT | | $49.99 |
| 11/08/25 | SP MOVI GOODS/SERVICES | SPRINGVALE SOUTH | AU | | $69.99 |
| 11/09/25 | [redacted] FARMINGTON RD 12734895001 2486610906 | WEST BLOOMFIELD | MI | | $21.79 |

Continued on reverse

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/09/25 | BP#2143000SEVAN PETROLEU<br>248-851-3000 | FARMINGTON HI | MI | | $95.42 |
| 11/09/25 | QAMARIA COFFEE<br>313-970-3641 | COMMERCE TWP | MI | | $26.34 |
| 11/09/25 | QAMARIA COFFEE<br>313-970-3641 | COMMERCE TWP | MI | | $6.58 |
| 11/10/25 | TST* LA LANTERNA 300003345<br>3133193036 | DETROIT | MI | | $168.86 |
| 11/10/25 | THE UPS STORE 7892<br>7892-POS7892B-17648170<br>PRINT COLOR 8.5X11 | NORTHVILLE | MI | | $22.67 |
| 11/14/25 | RUTH'S CHRIS 0227313 7313<br>248-269-8424 | TROY | MI | | $424.57 |
| 11/15/25 | NAV TECH 855-226-8388<br>+18552268388 | DRAPER | UT | | $149.97 |
| 11/15/25 | LIVERNOIS FRESH FISH 436845559804520<br>[redacted]YAHOO.COM | DETROIT | MI | | $25.75 |
| 11/15/25 | CVS PHARMACY<br>8007467287<br>PHARMACIES | NORTHVILLE | MI | | $4.23 |
| 11/15/25 | SPEEDWAY 44252 000044252<br>9378643000 | PLYMOUTH | MI | | $61.90 |
| 11/15/25 | TST* LOCKEROOM 00075768<br>BAR/NIGHTCLUB | DETROIT | MI | | $50.08 |
| 11/16/25 | JOE LOUIS SOUTHERN KITC<br>313-788-8338 | DETROIT | MI | | $44.21 |
| 11/17/25 | TIM HORTONS #916638<br>FAST FOOD RESTAURANT | SOUTHFIELD | MI | | $3.00 |
| 11/23/25 | SPOTIFY USA<br>CABLE & PAY TV | NEW YORK | NY | | $11.99 |
| 11/25/25 | LAW OFFICES OF [redacted] | ATLANTA | GA | | $1,500.00 |
| 11/26/25 | ROLLERUS*BATL NOVI<br>RECREATION SERVICE | NOVI | MI | | $100.00 |
| 11/27/25 | DNH*GODADDY#3956953747<br>4805058855<br>Microsoft 365 Email Essentials with Secu | Tempe | AZ | | $8.99 |
| 11/27/25 | LAW OFFICES OF [redacted] | ATLANTA | GA | | $1,500.00 |
| 11/28/25 | DNH*GODADDY#3957473739<br>4805058855<br>Microsoft 365 Email Essentials with Secu | Tempe | AZ | | $8.99 |
| 11/28/25 | FINANCIAL ADVISORY<br>+14166297924 | TORONTO | | | $549.00 |
| 11/30/25 | SP NEROVA<br>+18023926053 | SHERIDAN | WY | | $46.70 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on next page

## Interest Charged

| | | Amount |
|---|---|---|
| 12/02/25 | Interest Charge on Purchases | $20.36 |
| **Total Interest Charged for this Period** | | **$20.36** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2025 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2025 | $208.00 |
| Total Interest in 2025 | $312.09 |

## Interest Charge Calculation

Days in Billing Period: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Purchases | 11/20/2024 | | 28.49% (v) | $869.06 | $20.36 |
| Cash Advances | 11/20/2024 | | 28.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$20.36** |

(v) Variable Rate

## Miles Earned

SkyMiles® Account Number: XXXXXX5110

DELTA SKYMILES

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 5,225 | 32,150 |
| Total Bonus Miles Earned and Adjustments | 822 | 6,628 |
| **Total Miles Earned** | **6,047** | **38,778** |

## Bonus Miles Earned and Adjustments

| | Current Period |
|---|---|
| 2X Miles at Restaurants | 750 |
| 2X Miles at U.S. Supermarkets | 72 |
| **Total** | **822** |

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

AMERICAN EXPRESS

**Delta SkyMiles® Gold Card**

SHANNON STEEL
Closing Date 01/02/26
Account Ending 2-41001

DELTA SKYMILES



**Customer Care:** 1-800-430-1000
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$1,751.84** |
| **Minimum Payment Due** | **$65.72** |
| **Payment Due Date** | **01/27/26** |

**Delta SkyMiles®**
Miles Earned this Period **2,609**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

| | |
|---|---|
| Previous Balance | $2,125.05 |
| Payments/Credits | -$2,100.00 |
| New Charges | +$1,678.10 |
| Fees | +$0.00 |
| Interest Charged | +$48.69 |
| **New Balance** | **$1,751.84** |
| **Minimum Payment Due** | **$65.72** |
| Credit Limit | $2,500.00 |
| Available Credit | $748.16 |
| Cash Advance Limit | $500.00 |
| Available Cash | $500.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 01/27/26, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 8 years | $3,970 |
| $73 | 3 years | $2,627 *(Savings = $1,343)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 2-41001**
Enter 15 digit account # on all payments.
Make check payable to American Express.

SHANNON STEEL
[redacted] APPLEWOOD LN
FARMINGTON HILLS MI 48331-1212

Payment Due Date
**01/27/26**
New Balance
**$1,751.84**
Minimum Payment Due
**$65.72**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

$ ________ . ____
**Amount Enclosed**

00003499929822880035 000175184000006572 01 H

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

**3.** You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Change of Address, phone number, email

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**Delta SkyMiles® Gold Card**
SHANNON STEEL
Closing Date 01/02/26

DELTA SKYMILES



Account Ending 2-41001

**Customer Care & Billing Inquiries** **1-800-430-1000**
International Collect 1-336-393-1111
Cash Advance at ATMs Inquiries 1-800-CASH-NOW
**Large Print & Braille Statements** **1-800-430-1000**

**SkyMiles Account Balance and Award Redemption** 1-800-325-3999
delta.com/skymiles

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-430-1000**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 60189
CITY OF INDUSTRY
CA
91716-0189

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$2,100.00 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$2,100.00** |

### Detail *Indicates posting date

| **Payments** | | **Amount** |
|---|---|---|
| 12/02/25* | MOBILE PAYMENT - THANK YOU | -$250.00 |
| 12/08/25* | MOBILE PAYMENT - THANK YOU | -$50.00 |
| 12/08/25* | MOBILE PAYMENT - THANK YOU | -$100.00 |
| 12/10/25* | MOBILE PAYMENT - THANK YOU | -$200.00 |
| 12/11/25* | MOBILE PAYMENT - THANK YOU | -$250.00 |
| 12/16/25* | MOBILE PAYMENT - THANK YOU | -$100.00 |
| 12/22/25* | MOBILE PAYMENT - THANK YOU | -$100.00 |
| 12/22/25* | MOBILE PAYMENT - THANK YOU | -$50.00 |
| 12/30/25* | MOBILE PAYMENT - THANK YOU | -$1,000.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$1,678.10** |

### Detail

**SHANNON STEEL**
Card Ending 2-41001

| | | | | Foreign Spend | **Amount** |
|---|---|---|---|---|---|
| 12/02/25 | SP SERENE HERBS +17865706636 | BRICKELL | FL | | $32.94 |
| 12/02/25 | MEIJER STORE #054 000000054 8773634537 | NORTHVILLE | MI | | $138.36 |
| 12/03/25 | PY *ROYAL OAK ROAST 000005347 2483425876 | ROYAL OAK | MI | | $28.74 |
| 12/04/25 | WESTBORN MARKET 42367 42367 248-547-1000 | BERKLEY | MI | | $88.49 |
| 12/04/25 | SP LUKAREE +12105298998 | RICHMOND | TX | | $23.92 |

Continued on reverse

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/05/25 | Audible<br>AUDIO BOOKS | audible.com | NJ | | $14.95 |
| 12/07/25 | NAV TECH 855-226-8388<br>+18552268388 | DRAPER | UT | | $49.99 |
| 12/07/25 | BUSCH'S<br>7344145200 | PLYMOUTH | MI | | $158.17 |
| 12/08/25 | EXXONMOBIL<br>248-305-3085 | NOVI | MI | | $64.89 |
| 12/08/25 | TARGET<br>612-3044357 | NOVI | MI | | $92.65 |
| 12/09/25 | WESTBORN MARKET 19712 19712<br>734-233-3000 | PLYMOUTH | MI | | $49.11 |
| 12/10/25 | BLOOMBERG* B28527511<br>+18338504950 | NEW YORK | NY | | $1.99 |
| 12/10/25 | CVS PHARMACY<br>8007467287<br>PHARMACIES | NORTHVILLE | MI | | $168.46 |
| 12/10/25 | PANERA BREAD #600662<br>0000000000000000048076 | LATHRUP VILLAGE | MI | | $17.34 |
| 12/11/25 | HBF APU JV, LLC<br>RESTAURANT | ATLANTA | GA | | $51.70 |
| 12/15/25 | BARE BEAUTY COMPANY<br>+13136182962 | ROSEVILLE | MI | | $65.00 |
| 12/20/25 | AUGUST SUPERMARKET INC 000000001<br>GROCERY STORE | CANTON | MI | | $49.22 |
| 12/20/25 | HOLIDAY MARKET OF CANTON 000002086<br>7348442200<br>GROCERY STORES | CANTON | MI | | $158.60 |
| 12/20/25 | BUSCH'S<br>7344145200 | PLYMOUTH | MI | | $23.26 |
| 12/22/25 | WESTBORN MARKET 42367 42367<br>248-547-1000 | BERKLEY | MI | | $64.14 |
| 12/23/25 | SPOTIFY USA<br>123456789 / support-partn | NEW YORK | NY | | $11.99 |
| 12/23/25 | BUSCH'S<br>7344145200 | PLYMOUTH | MI | | $41.68 |
| 12/24/25 | LEOS CONEY ISLAND LIVONIA 650000013091<br>7344643484 | LIVONIA | MI | | $62.78 |
| 12/24/25 | BP#2149900AGFA GAS INC<br>248-348-0077 | NORTHVILLE TW | MI | | $4.99 |
| 12/27/25 | DNH*GODADDY#3979280483<br>4805058855<br>Microsoft 365 Email Essentials with Secu | Tempe | AZ | | $8.99 |
| 12/28/25 | LEI NUMBER<br>+3531800938829 | PEMBROKE STREET UPPER | CO | 166,77<br>European Union<br>Euro | $196.76 |
| 12/28/25 | DNH*GODADDY#3979750870<br>4805058855<br>Microsoft 365 Email Essentials with Secu | Tempe | AZ | | $8.99 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on next page

**Delta SkyMiles® Gold Card**
SHANNON STEEL
Closing Date 01/02/26

DELTA SKYMILES



Account Ending 2-41001

## Interest Charged

| | | Amount |
|---|---|---|
| 01/02/26 | Interest Charge on Purchases | $48.69 |
| **Total Interest Charged for this Period** | | **$48.69** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Card Member Agreement for details.

## 2026 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2026 | $0.00 |
| Total Interest in 2026 | $48.69 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 11/20/2024 | | 28.24% (v) | $2,029.21 | $48.69 |
| Cash Advances | 11/20/2024 | | 28.74% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$48.69** |

(v) Variable Rate

## Miles Earned

SkyMiles® Account Number: XXXXXX5110

DELTA SKYMILES

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 1,678 | 0 |
| Total Bonus Miles Earned and Adjustments | 931 | 931 |
| **Total Miles Earned** | **2,609** | **931** |

## Bonus Miles Earned and Adjustments

| | Current Period |
|---|---|
| 2X Miles at Restaurants | 161 |
| 2X Miles at U.S. Supermarkets | 770 |
| **Total** | **931** |

# IMPORTANT NOTICES

## EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Your Card Member Agreement

To access the most up to date version of your Card Member Agreement, please log in to your Account at **www.americanexpress.com.**

*End of Important Notices.*