# Exhibit 4



*** QUERY DATA ***

VIN:
PLATE: [redacted]
EXPIRE:
HISTORY REQUEST: false

*** REGISTRATION DETAILS ***

REGISTRATION CATAGORY: RENEWAL
VEHICLE REGISTRATION EFFECTIVE DATE: 2025-08-05
VEHICLE REGISTRATION EXPIRATION DATE: 2026-04-01

*** REGISTRATION HOLDER DETAILS ***
REGISTERED TO: DOMINION GLOBAL LLC
REGISTERED LOCATION ADDRESS: [redacted] ORCHARD LAKE RD # [redacted]
REGISTERED LOCATION CITY: FARMINGTON HILLS
REGISTERED LOCATION STATE: MI
REGISTERED LOCATION ZIP: 483340000
REGISTERED LOCATION COUNTRY: USA

DECAL YEAR: 2026
DECAL MONTH: --04
VEHICLE GROSS WEIGHT MEASURE: 0
REGISTRATION ADDRESS: [redacted] ORCHARD LAKE RD # [redacted]
REGISTRATION CITY: FARMINGTON HILLS
REGISTRATION STATE: MI
REGISTRATION ZIP: 483340000
REGISTRATION COUNTRY: USA
PERMANENT REGISTRATION INDICATOR: false
VEHICLE REGISTRATION PLATE ID: [redacted]
VEHICLE REGISTRATION PLATE TYPE: PC

*** VEHICLE DETAILS ***
VEHICLE ID: [redacted]2880
VEHICLE MAKE CODE: BENTLEY
VEHICLE MODEL CODE: CONTINENTAL
VEHICLE MODEL YEAR: 2013
VEHICLE STYLE CODE: 2D
VEHICLE PRIMARY COLOR:
VEHICLE SECONDARY COLOR:
VEHICLE CMV INDICATOR: false
VEHICLE ODOMETER READING: 22632

*** TITLE DETAILS ***
TITLE ID: MI[redacted]
TITLE CATAGORY: DUP
TITLE ISSUE DATE: 2021-02-11
TITLE TO: DOMINION GLOBAL LLC
TITLE LOCATION ADDRESS: [redacted] ORCHARD LAKE RD # [redacted]
TITLE LOCATION CITY: FARMINGTON HILLS
TITLE LOCATION STATE: MI

TITLE LOCATION ZIP: 483340000
TITLE LOCATION COUNTRY: USA



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

06/03/2026 08:42 EDT Generated By: ERIK NYGREN 

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| RQ.MID0S0200.MI.*NN[redacted].TXT LIC/ENY899.LIY/2026.LIT/PC | 06/03/2026 08:41:18 | 58848812 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 06/03/2026 08:41:19 | Acknowledged |

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**



```
RR.MI230015V
05:41 06/03/2026 53303
05:41 06/03/2026 43869 MID0S0200
*NN58848812
TXT
*** QUERY DATA ***

VIN:
PLATE: [redacted]
EXPIRE:
HISTORY REQUEST: false

*** REGISTRATION DETAILS ***

REGISTRATION CATAGORY: RENEWAL
VEHICLE REGISTRATION EFFECTIVE DATE: 2026-04-13
VEHICLE REGISTRATION EXPIRATION DATE: 2027-03-31

*** REGISTRATION HOLDER DETAILS ***
REGISTERED TO: STEEL, SHANNON MONET
REGISTERED ADDRESS: [redacted]APPLEWOOD LN
REGISTERED CITY: FARMINGTON HILLS
REGISTERED STATE: MI
REGISTERED ZIP: 483311212
REGISTERED COUNTY: 63
REGISTERED COUNTRY: USA
DRIVER LICENSE ID: [redacted]
DRIVER LICENSE AUTHORITY NAME: MI

DECAL YEAR: 2027
DECAL MONTH: --03
VEHICLE GROSS WEIGHT MEASURE: 0
REGISTRATION ADDRESS: [redacted]APPLEWOOD LN
REGISTRATION CITY: FARMINGTON HILLS
REGISTRATION STATE: MI
REGISTRATION ZIP: 483311212
REGISTRATION COUNTY: 63
REGISTRATION COUNTRY: USA
PERMANENT REGISTRATION INDICATOR: false
VEHICLE REGISTRATION PLATE ID: [redacted]
VEHICLE REGISTRATION PLATE TYPE: PC

*** VEHICLE DETAILS ***
VEHICLE ID: [redacted]0690
VEHICLE MAKE CODE: MASERATI
VEHICLE MODEL CODE: LEVANTE
VEHICLE MODEL YEAR: 2022
VEHICLE STYLE CODE: SW
VEHICLE PRIMARY COLOR:
VEHICLE SECONDARY COLOR:
VEHICLE CMV INDICATOR: false
VEHICLE ODOMETER READING: 37681


*** TITLE DETAILS ***
TITLE ID: MI[redacted]
TITLE CATAGORY: TRANSFER
TITLE ISSUE DATE: 2025-06-09
TITLE TO: STEEL, SHANNON MONET
TITLE ADDRESS: [redacted] APPLEWOOD LN
TITLE CITY: FARMINGTON HILLS
TITLE STATE: MI
TITLE ZIP: 483311212
TITLE COUNTY: 63
TITLE COUNTRY: USA
DRIVER LICENSE ID: [redacted]
DRIVER LICENSE AUTHORITY NAME: MI

*** LIEN DETAILS ***
LIEN DATE: 2025-04-28
LIEN TO: [redacted]AUTO FINANCE
LIEN LOCATION ADDRESS: PO BOX [redacted]
LIEN LOCATION CITY: SACRAMENTO
LIEN LOCATION STATE: CA
LIEN LOCATION ZIP: 958660068
LIEN LOCATION COUNTRY: USA
```