UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cv-13440
Hon. Susan K. DeClercq

v.

SHANNON MONET STEEL,

Defendant.

---

**ORDER UNSEALING CASE**

---

Plaintiff the United States of America has filed an Application to Unseal this matter. ECF No. 6. For the reasons stated in that Application, the Court agrees that the reasons for sealing this matter no longer exist, and ORDERS that the whole case be unsealed. Existing redactions in the Emergency Motion and supporting documents should remain in place, for all the reasons stated in the Court's Sealing Order.

**SO ORDERED.**

*/s/ Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 15, 2026