UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United State of America,

Plaintiff(s),

v.

Case No. 2:26−cv−13440−SKD−CI
Hon. Susan K. DeClercq

Shannon Monet Steel,

Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Susan K. DeClercq at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL HEARING: October 1, 2002 at 12:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K. Brown
Case Manager

Dated: September 28, 2026