UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANNON MONET STEEL,

Defendant.

Case No. 26-cv-13440
Hon. Susan K. DeClercq

Stipulated Preliminary Injunction Pursuant to 18 U.S.C. § 1345

**STIPULATED ORDER REQUIRING STATUS REPORTS**

The Court, for the reasons stated at the status conference held on October 13, 2026, hereby **ORDERS** the parties to file separate status reports on or before October 20, 2026.

The Court directs the United States to identify in its status report all assets or funds that Defendant Shannon Steel and/or the Steel Entities have control of or to which they have access, which have been frozen.

The Court directs Defendant Shannon Steel to identify in her status report—which may be filed under seal, due to the privacy interests at stake—(1) all assets or funds that Defendant Shannon Steel and/or the Steel Entities have control of or access to (whether directly or via third parties), to include a list of the assets/funds, an estimate of their value, the location or financial institution where the

assets/funds are located, and whether the assets/funds are frozen, including the stocks referenced at the status hearing; and (2) to identify Defendant Steel's current living arrangements, including her residence(s), monthly expenses, and estimated monthly income.

**IT IS SO ORDERED.**

*<u>/s/ Susan K. DeClercq</u>*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 15, 2026

**SO STIPULATED AND AGREED:**

Dated: September 18, 2026

*<u>/s/ Steven E. Scharg (w/permission)</u>*
STEVEN E. SCHARG
ATTORNEY FOR DEFENDANT SHANNON STEEL AND THE STEEL ENTITIES
615 Griswold, Suite 1120
Detroit, MI 48226
(313) 300-0214
MI Bar No. P43372
Scharg1924@gmail.com

JEROME F. GORGON JR.
United States Attorney

*<u>/s/ K. Craig Welkener</u>*
K. CRAIG WELKENER, JR.
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Kenton.welkener@usdoj.gov
313-226-0248